**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| KHUSHKARAN SINGH, | Case No.:  26-cv-1081-BJC-DDL |
|---|---|
| Petitioner, | **ORDER SETTING BRIEFING SCHEDULE ON PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND PROHIBITING TRANSFER OF PETITIONER** |
| v. | |
| KRISTI NOEM, et al, | |
| Respondents. | |

On February 19, 2026, Petitioner Khushkaran Singh filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241.  ECF No. 1.  Petitioner is a native and citizen of India. *Id.* ¶ 18.  Petitioner entered the United States on or about July 6, 2019 without inspection at San Luis, Arizona, as an unaccompanied minor child (UAC), 17 years of age. He claimed asylum based upon a fear of return to India due to political persecution. Petitioner was released from custody to a sponsor on September 6, 2019. On February 24, 2023, he filed an I-360 Petition for Special Immigrant Juvenile Status ("SIJS"). His SIJS status was approved on August 15, 2023. He was granted deferred action for a period of four years, which would last until August 15, 2027.  Petitioner has a valid work permit as a result of his deferred action status. Petitioner was re-detained by Respondents on or about January 27, 2026 by Border Patrol in Coachella, California.  No pre-deprivation hearing

was held prior to his re-detention and he has not been given a bond hearing.  Petitioner has been detained at the Imperial Regional Detention Center since his arrest.

Petitioner requests that the Court (1) assume jurisdiction over the matter, (2) prevent Petitioner's removal outside this district until the action is decided, (3) issue a writ of habeas corpus clarifying that the statutory basis for Petitioner's detention is 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225(b)(2)(A), (4) release Petitioner immediately, (5) enjoin the government from re-detaining Petitioner as long as his deferred action status remains valid, and that upon expiration of that status, if the government seeks to re-detain him, direct that the government must provide no less than seven days-notice to petitioner and must hold a pre-deprivation bond hearing pursuant to section 1226(a) where the Government bears the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk; and (6) grant additional relief as is necessary and appropriate, including declaratory relief or other interim relief.  ECF No. 1 at 15-16.

After a review of the petition, this Court deems it appropriate to require Respondents to file a response. Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing:

1. Respondent shall file a response to the petition **no later than February 27, 2026**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.

2. Petitioner may file a traverse, **no later than March 6, 2026**. Absent further order

26-cv-1081-BJC-DDL

of this Court, this matter will be deemed under submission at that time.

3. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated:  February 20, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1081-BJC-DDL