

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Khushkaran Singh

**Civil Action No.** 26-cv-01081-BJC-DDL

**Plaintiff,**

V.

See Attachment

## JUDGMENT IN A CIVIL CASE

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS the petition for a writ of habeas corpus. This case is now CLOSED.

**Date:** _____3/11/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Martinez _____

D. Martinez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-01081-BJC-DDL

Respondents: Kristi Noem, In her official capacity as Secretary of Homeland Security; Gregory John Archambeault, in his official capacity as Field Office Director, San Diego Field Office, U.S. Immigration & Customs Enforcement; Todd Lyons, In his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Pamela Bondi, In her official capacity as Attorney General; Warden of Imperial Detention Facility